UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ENTERGY LOUISIANA, L.L.C. | CIVIL ACTION |
| VERSUS | NO. 09-7367 |
| WACKENHUT CORPORATION | SECTION "N" (4) |

**ORDER AND REASONS**

**IT IS ORDERED** that Defendant's Objections to Magistrate's Order and/or Motion to Stay (Rec. Doc. 50) are **DENIED** to the extent that Defendant asks the Court to reverse and/or stay Magistrate Judge Roby's September 27, 2010 Order (Rec. Doc. 46).

New Orleans, Louisiana, this 9th day of November 2010.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**

```
Q:\Even - Jennifer
Rogers\Civil\Civil-2009\09cv.7367.Entergy.Wackenhut.ORDER.Appeal.
Mag.Ruling.DENY.Obj.Stay.111-8-10.wpd
```